# Exhibit 1



# LICENSE EXTENSION AND AMENDMENT AGREEMENT
("Midas R4 License Extension")

This License Extension and Amendment Agreement Number ON205793 (this "**Agreement**") shall become effective upon the date of the latest signature hereto as set out below in the attestation clause (the "**Effective Date**")

**BETWEEN**

**Finastra Technology, Inc.**, whose address is 285 Madison Avenue, New York, NY 10017 (hereinafter referred to as "**Company**");

and

**The Northern Trust Company,** whose address is 50 South LaSalle Street, Chicago, IL 60675 (hereinafter referred to as the "**Client**"), (hereinafter referred to as the "**Client**"),

hereinafter individually referred to as "**Party**" and collectively as the "**Parties**"

**RECITALS:**

A.    Company and Client entered into that certain Specific Agreement No. #IU83 (ON126505) dated March 1, 2019 (the "**Midas License Order**") and that certain Specific Agreement No. ON202843 dated June 29, 2021 which increased Client's VBP level to VBP 14 (the "**Additional Volume Order**").

B.    Client's license to use the Midas R4 software is due to expire on December 31, 2021.

C.    Client desires to extend its license to the Midas R4 software, and Company desires to extend such license, as set out in this Agreement, to the exclusion of all other terms relating to Client's options at renewal of the Subscription Term as set forth in the Midas License Order.

**TERMS:**

1.0   **DEFINITIONS**

In this Agreement all capitalized terms not otherwise defined shall have the same meaning as set out in the Midas License Order and the Additional Volume Order.

2.0   **LICENSE EXTENSION**

In consideration of the payment of the annual Subscription Fees set out in Section 3 below for the full duration of the Extended Subscription Term, Company agrees to extend Client's right to use the Midas R4 software for an additional term of two (2) years commencing on January 1, 2022 and ending on December 31, 2023 (the "**Extended Subscription Term**"). For clarity, the Subscription Term, as defined in the Midas License Order, shall be read and interpreted so as to include the Extended Subscription Term defined above. In addition, Company agrees to extend the Restricted Sustaining Support defined in the Extended Support Agreement attached to the Midas License Order through to December 31, 2023 (and therefore the defined term "Extended Support Term" as defined in the Midas License Order shall be amended to expire on December 31, 2023). Nothing in this Agreement is intended to amend, change or alter the Additional Volume Order meaning that the license to use the Midas R4 software at the VBP 14 level shall apply only until May 31, 2024, after which time the license reverts to being VBP 11. Should Client wish to renew the VBP 14 level beyond May 31, 2024, then the Client shall be required to pay the Recurring License Fees set out in the Additional Volume Order in addition to any other applicable fees (e.g. the license fee).

3.0   **SUBSCRIPTION FEES**

In consideration of the license grant set out in Section 2 above, Client hereby agrees to pay Company an annual Subscription Fee of **One Million Nine Hundred Eighty Five Thousand United States dollars (USD $1,985,000)** per annum. The first year's annual Subscription Fee set out in this Agreement shall be invoiced by Company following the Effective Date of this Agreement and the second year's additional annual Subscription Fee set out in this Agreement shall be invoiced by Company in advance of the first anniversary of the commencement of the Extended Subscription Term. All fees shall be due and payable by Client within thirty (30) days of receipt of the invoice. All Subscription Fees (including the Subscription Fees set out in this Section 3) will be automatically increased on each 1st of January at the rate set out in clause 6.1 of the License Agreement.

4.0   **LICENSE RENEWAL OPTIONS**

4.1   No later than sixty days prior to the expiry of the Extended Subscription Term, Client may elect, by giving notice in writing to Company, to extend: (i) Client's right to use the Midas R4 software, and (ii) the Extended Support Agreement, for an additional year (the "**First Renewal Period**"[1]) conditional upon:

4.1.1        Client reducing the number of modules of the Midas R4 software that it is using by ceasing to use the modules set out in the Exhibit to this Agreement (the "**Discontinued Modules**"); and

4.1.2        Client paying a one-time annual Subscription Fee of **Five Hundred Thousand United States dollars (USD $500,000)** for that one-year period, to be received by Company prior to the commencement of the First Renewal Period.

---

[1] For clarity, the First Renewal Period is January 1, 2024 to December 31, 2024.



For the avoidance of doubt, the one-time annual Subscription Fee set out in Section 4.1.2 above is the only Subscription Fee that will be payable by Client for the right to use the Midas R4 software less the Discontinued Modules (i.e., the previous Subscription Fees and additional Subscription Fees referred to in Section 3 of this Agreement will not be payable). The Client's right set forth in this Section 4.1 is conditional upon Client dis-continuing use of the Discontinued Modules effective as of the expiry of the Extended Subscription Term and installing a new license file key (to be provided by Company) on or before the commencement of the First Renewal Period which removes the Discontinued Modules. Client shall certify in writing that it has done this. Should Client desire to use one or more of the Discontinued Modules at the commencement of, or at any time during, the First Renewal Period, then the fees for the Midas R4 software set out in this Section 4 shall not apply and the Parties shall agree a higher amount of fees for Client's continued use of the Midas R4 software and those Discontinued Modules that Client desires to use.

4.2    Prior to the expiry of the First Renewal Period:

4.2.1    (Restricted Sustaining Support Offered) if Company is offering to its customers generally Restricted Sustaining Support (as referred to in Section 2 above) for the Midas R4 software, then Client may elect, by giving notice in writing to Company no later than sixty days prior to the expiry of the First Renewal Period, to extend: (i) Client's right to use the Midas R4 software, and (ii) the Extended Support Agreement, for an additional year (the "**Second Renewal Period**"[2]) conditional upon Client paying a one-time annual Subscription Fee of **Seven Hundred Fifty Thousand United States dollars (USD $750,000)** for that one year period, to be received by Company prior to the commencement of the Second Renewal Period (for the avoidance of doubt, Client shall continue to be prohibited from using the Discontinued Modules during the Second Renewal Period); or

4.2.2    (Only Technical Support Offered) if Company is no longer offering to its customers generally Restricted Sustaining Support for the Midas R4 software but is offering "technical support" for the Midas R4 software, then Client may elect, by giving notice in writing to Company no later than sixty days prior to the expiry of the First Renewal Period, to:

4.2.2.1    subject to Section 4.3 below, revert its license to the Midas R4 software back to a perpetual license and shall only be entitled to receive, and Company shall only be obligated to provide, "technical support" for the Midas R4 software (for the avoidance of doubt, Client shall continue to be prohibited from using the Discontinued Modules); or

4.2.2.2    cease its use of the Midas R4 software altogether (and comply with the provisions of clause 11.1 of the License Agreement pertaining to the return, or at Company's election, destruction, of software); or

4.2.3    (No Restricted Sustaining Support or Technical Support Offered) if Company is no longer offering Restricted Sustaining Support or "technical support" for the Midas R4 software, then Client may exercise its rights under clause 9.6 of the License Agreement save that the Parties hereby agree to read and interpreted "Recurring License Fees" as used in that clause as the Subscription Fee set forth in Section 4.1.2 of this Agreement as increased by the rate set out in clause 6.1 of the License Agreement (it being understood and agreed that such option under clause 9.6 of the License Agreement shall not include the Discontinued Modules).

4.3    If Client exercises its option as set forth in Section 4.2.2.1, then Client shall pay to Company for each full or partial year that it uses the Midas R4 software an annual Subscription Fee of **Five Hundred Thousand United States dollars (USD $500,000)** per annum, as increased by the rate set out in clause 6.1 of the License Agreement (and which shall be payable prior to the expiry of the First Renewal Period and prior to each anniversary thereafter), and Client may choose to engage Company on an engagement-by-engagement basis (subject to the signature of a services schedule for each engagement) for code fixes and development work at a daily rate not to exceed USD $3,000 a day.

5.0    **MISCELLANEOUS**

5.1    In the event of any inconsistency or conflict between the terms of the License Agreement, the Midas License Order and this Agreement, then the terms of this Agreement shall supersede, govern and prevail.

5.2    No variation, modification or waiver of any provision of this Agreement shall in any event be of any force or effect unless the same shall be agreed in writing between the Parties and then such variation, modification, waiver or consent shall be effective only on the specific instance and for the purpose and to the extent for which made or given.

5.3    This Agreement may be entered into in any number of counterparts, all of which taken together shall constitute one and the same instrument. Any Party may enter into this Agreement by executing any such counterpart.

5.4    This Agreement shall constitute a binding amendment pursuant to clause 13.1 of the General Terms of Trading. The Recitals are intended to be a binding part of this Agreement. No contractual terms will be incorporated into this Agreement by any purchase order or similar Client document.

5.5    This Agreement shall be governed by the laws of the state of New York and applicable Federal laws. The Parties hereby consent to the jurisdiction of the federal and state courts of the state of New York for the purpose of any action or proceeding brought by either Party in connection with this Agreement.

[signature page follows]

---

[2] For clarity, the Second Renewal Period is January 1, 2025 to December 31, 2025.



IN WITNESS whereof the Parties have by their duly authorized representatives executed this Agreement as at the dates below written.

SIGNED on behalf of the Company and thereby duly authorized:

*Jason Roufogalis*
DocuSigned by:
—0C83771341E149F...

SIGNATURE

**Jason Roufogalis**

FULL NAME

**General Counsel**

POSITION

**January 10, 2022**

DATE

SIGNED on behalf of the Client and thereby duly authorized:

*Valerie Holden*

SIGNATURE

Valerie Holden

FULL NAME

Vice President, Global Procurement

POSITION

January 10, 2022

DATE



**Exhibit to License Extension and Amendment Agreement Number ON205793 – the Discontinued Modules**

Midas DBA – EMU Enhancement Package
- Standing Data
- Payments & Settlements Components
- Reports & Enquiries
- Transaction Redenomination Components

Upgraded SARs
SAR 20025 – Addition of TAG 83J to MT300
SAR 20013 – Automatic Opening of Retail Accounts
SAR 20028 – Amendments to DL Net Reports for Multibranching
Basic Rate Tax
Continuous Linked Settlement
FAS 133 Compliance
- NPV & Transaction Linkage
- Hedge Reporting
- Amendments to Hedge Reporting

CMS Interface
Cash Management – Enhanced Statements
S31002 CLS and MT304 Processing
SWIFT 2009 Compliance
Retail Interest Feed
GNU6
GNU7
GNU8
GNU9
S31007 – Non-Deliverable Forward Processing
S33004 – Dodd-Frank Regulation
FACTA – including all funded extension development performed under Schedule No. ON92840


Note: If a Discontinued Module was contracted for pursuant to a specific Schedule, then that specific Schedule shall be deemed terminated and void upon the commencement of the First Renewal Period.