# Exhibit 5

# SUPPLEMENTAL LICENSE AGREEMENT

AGREEMENT Number ON30939 shall become effective upon the date of the latest signature hereto as set out below in the attestation clause (the "**Effective Date**")

**BETWEEN**

**Misys International Banking Systems Inc.**, whose address is 1180 Avenue of the Americas, New York, NY 10036 (hereinafter referred to as "**Company**");
and
**The Northern Trust Company**, whose address is 50 South LaSalle Street, Chicago, IL 60675 (hereinafter referred to as the "**Client**"), (hereinafter referred to as the "**Client**"), hereinafter individually referred to as "**Party**" and collectively as the "**Parties**"

**RECITAL:**

The Company and the Client have agreed to vary the Agreement Number LNYC970018 between them. It is now hereby agreed as follows:

---

**TERMS:**

1.0 The Company and the Client have agreed to vary the Agreement Number LNYC970018 between them dated 22nd August 1997 if and as varied prior to the date hereof by any other agreement (together the "**Original Agreement**") on the terms set out herein with effect from the Effective Date of this Supplemental License Agreement. In all other respects the Original Agreement remains unchanged and in the event of any conflict between the Original Agreement and this Supplemental License Agreement then the terms of this Supplemental License Agreement shall take precedence and govern.

2.0 In consideration of the Fees set out in the Schedule herein the Company agrees to vary the Original Agreement as set out in this Supplemental License Agreement ON30939.

3.0 In accordance with Clause 3 of the Original Agreement as amended by Variation Agreement VNYC970018

dated 22nd August 1997 the term of the Agreement, including this Supplemental License Agreement, is perpetual.

4.0 The Parties agree to delete Clause 11.2 of the Original Agreement in its entirety and replace with the following:

"*Following acceptance as defined in Clause 8 and provided no sums are outstanding and due to the Company, the Client shall be entitled to terminate this Agreement by giving not less than six months notice in writing to the Company. The Company will refund on a pro rata basis part of any annual Recurring License Fees paid in advance. The value of such refund will be calculated from the date of termination to the 31st December of that calendar year.*"

IN WITNESS whereof the Parties have by their duly authorised representatives executed this Supplemental License Agreement as at the dates below written.

SIGNED on behalf of the Company and thereby duly authorised:

SIGNATURE

Richard Salk
FULL NAME

Sales Director
POSITION

May 16, 2011
DATE

SIGNED on behalf of the Client and thereby duly authorised:

SIGNATURE

Rajeswari Kantamneni
FULL NAME

Vice President
POSITION

May 13, 2011
DATE

# SCHEDULE

**LOCATION OF INSTALLATION:**
- Midas Release 4 or Midas Plus Release 1          Chicago, Illinois

**LOCATION(s) OF USE:**
- Midas Release 4 or Midas Plus Release 1          Worldwide (see note 1)

**Notes:**

1) This category of use will apply to future Schedules, unless agreed otherwise.

**PURPOSE OF USE:**
- Contemplated use:          Banking software for the financial service sector
- Production and testing:    Yes
- Cold Backup               Yes
- Hot Backup:               As provided in Clause 2.3 of the Original Agreement as amended by Variation Agreement VNYC970018 dated 22nd August 1997.

**PRICE CATEGORY**

The total Volume Price Category for the Client will be upgraded to **VBP8** upon the Effective Date.

**SYSTEM SOFTWARE**
**MIDAS RELEASE 4**

Midas Core
Foreign Exchange/Money Market Dealing
FX Netting
Internal Dealing
Management Accounting
Midas/Q**
FRA/IRS Advanced
Futures and Options Standard
Enhanced Treasury
Customer Lending
Midas Message Manager
Retail III
EMU
Bank of England Extracts
Meridian Midas Gateway/API's
Continuous Linked Settlements
IAS-NPV and Linkage
IAS- Hedge Reporting
IAS-Hedge Accounting
Base Rate Tax
SE-Repos
Standing Data Authorizations
Risk Weighted Assets
Enhanced Projected Account Movements
EU Savings Tax
CMS Interface
Cash Management – Enhanced Statements

---

**Third Party System Software**

Third Party System Software and Company System Software which has a third party component is identified by the notation ** in the list of System Software above. For the avoidance of doubt Clause 10.3 of the Original Agreement Number LNYC970018 applies to this Third Party Software.

Third Party Software is included from the following companies:

- Momentum Utilities Pty

---

**FEES**

**(a)    Initial License Fee ("ILF") of USD 800,000.00 (Eight Hundred Thousand United States dollars)**

| System Software | |
|---|---|
| As listed above | • USD 400,000.00 of ILF shall be paid by the Client to the Company by 27th May 2011; <br><br> • USD 400,000.00 of ILF shall be paid by the Client to the Company by 17th January 2012; |

**(b)    Recurring License Fees ("RLF")**

An additional Recurring License Fee(s) of USD 90,000.00 (Ninety Thousand United States dollars), as may be adjusted under the below terms, shall be due and payable by the Client to the Company in advance upon the 1st January of each calendar year following delivery. A pro-rata amount shall become due upon the Effective Date calculated for the period from the Effective Date until the 31st December of that calendar year. The Recurring License Fees specified herein shall be fixed for twelve months from the Effective Date. Thereafter, the Company shall have the right to apply an annual percentage increase to the previous year's Recurring License Fees in accordance with Clause 6.1 of Original Agreement as amended by Variation Agreement VNYC970018 dated 22nd August 1997.

**(c)    VBP Category Upgrade Option**

The Client will have the right to upgrade their Volume Based Pricing Category on the following commercial conditions.

(i) Upgrade from VBP8 to VBP9

The additional License Fee is **USD 270, 000.00 (Two Hundred and Seventy Thousand United States Dollars)**
The additional Recurring License Fees is **USD 48,600.00 (Forty Eight Thousand Six Hundred United States Dollars)**

(ii) Upgrade from VBP9 to VBP10

The additional License Fee is **USD 256,500.00 (Two Hundred and Fifty Six Thousand Five Hundred United States Dollars)**
The additional Recurring License Fee is **USD 46,170.00 (Forty Six Thousand One Hundred and Seventy United States Dollars)**

(iii) Upgrade from VBP10 to VBP11

The additional License Fee is **USD 241,200.00 (Two Hundred and Forty One Thousand Two Hundred United States Dollars)**
The additional Recurring Fee is **USD 43,416.00 (Forty Three Thousand Four Hundred and Sixteen United States Dollars)**

(iv) Upgrade from VBP11 to VBP12

The additional License Fee is **USD 224,100.00 (Two Hundred and Twenty Four Thousand One Hundred United States Dollars)**
The additional Recurring License Fee is **USD 40,338.00 (Forty Thousand Three Hundred and Thirty Eight United States Dollars)**

The fees set out above are valid for two years from the Effective Date, after which the Company may apply an annual increase of the then current US Consumer Price Index. For the avoidance of doubt no increases from the first two years will be applied.

To execute any of the above options the Parties will execute a separate commercial agreement and all fees will be payable by the Client to the Company by 15 January following the Effective date of such commercial agreement.

## Appendix A to Schedule of Supplemental License Agreement ON30939
## VOLUME BASED PRICING MATRIX – Midas

VBP categories applying to the Fees detailed herein are set out in the matrix below

| (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 2 | 150 | 1 | 10 | 2 | 300 | 1 | 5,000 | 5 |
| 200 | 4 | 500 | 2 | 30 | 4 | 1,200 | 2 | 25,000 | 10 |
| 500 | 8 | 1,500 | 4 | 100 | 8 | 2,500 | 4 | 50,000 | 20 |
| 1,000 | 16 | 3,000 | 8 | 200 | 16 | 5,000 | 8 | 75,000 | 30 |
| 1,500 | 24 | 4,500 | 12 | 300 | 24 | 7,500 | 12 | 100,000 | 40 |
| 2,000 | 32 | 6,000 | 16 | 400 | 32 | 10,000 | 16 | 125,000 | 50 |
| 2,500 | 40 | 7,500 | 20 | 500 | 40 | 12,500 | 20 | 150,000 | 60 |
| 3,000 | 48 | 9,000 | 24 | 600 | 48 | 15,000 | 24 | 175,000 | 70 |
| 3,500 | 56 | 10,500 | 28 | 700 | 56 | 17,500 | 28 | 200,000 | 80 |
| Each further | | Each further | | Each further | | Each further | | Each further | |
| 500 | 8 | 1,500 | 4 | 100 | 8 | 2,500 | 4 | 25,000 | 10 |

| (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 2 | 75 | 1 | 25 | 2 | 75 | 1 | 25 | 2 |
| 50 | 4 | 150 | 2 | 50 | 4 | 150 | 2 | 50 | 4 |
| 150 | 8 | 450 | 4 | 150 | 8 | 450 | 4 | 200 | 8 |
| 300 | 16 | 900 | 8 | 300 | 16 | 900 | 8 | 400 | 16 |
| 450 | 24 | 1,350 | 12 | 450 | 24 | 1,350 | 12 | 600 | 24 |
| 600 | 32 | 1,800 | 16 | 600 | 32 | 1,800 | 16 | 800 | 32 |
| 750 | 40 | 2,250 | 20 | 750 | 40 | 2,250 | 20 | 1,000 | 40 |
| 900 | 48 | 2,700 | 24 | 900 | 48 | 2,700 | 24 | 1,200 | 48 |
| 1,050 | 56 | 3,150 | 28 | 1,050 | 56 | 3,150 | 28 | 1,400 | 56 |
| Each further | | Each further | | Each further | | Each further | | Each further | |
| 150 | 8 | 450 | 4 | 150 | 8 | 4,50 | 4 | 200 | 8 |

| (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score | (illegible) | Score |
|---|---|---|---|---|---|---|---|---|---|
| 25 | 2 | 250 | 4 | 10 | 2 | 200 | 2 | 500 | 4 |
| 100 | 4 | 1,000 | 8 | 35 | 4 | 1,000 | 4 | 2500 | 8 |
| 250 | 8 | 2,500 | 16 | 100 | 8 | 5,000 | 8 | 5,000 | 16 |
| 500 | 16 | 5,000 | 32 | 200 | 16 | 10,000 | 16 | 10,000 | 32 |
| 750 | 24 | 7,500 | 48 | 300 | 24 | 15,000 | 24 | 15,000 | 48 |
| 1,000 | 32 | 10,000 | 64 | 400 | 32 | 20,000 | 32 | 20,000 | 64 |
| 1,250 | 40 | 12,500 | 80 | 500 | 40 | 25,000 | 40 | 25,000 | 80 |
| 1,500 | 48 | 15,000 | 96 | 600 | 48 | 30,000 | 48 | 30,000 | 96 |
| 1,750 | 56 | 17,500 | 112 | 700 | 56 | 35,000 | 56 | 35,000 | 112 |
| Each further | | Each further | | Each further | | Each further | | Each further | |
| 250 | 8 | 2,500 | 16 | 100 | 8 | 5,000 | 8 | 5000 | 16 |

### TOTAL SCORE – VBP CATEGORY TRANSLATION TABLE

| Total Score | VBP | Total Score | VBP | Total Score | VBP | Total Score | VBP | Total Score | VBP |
|---|---|---|---|---|---|---|---|---|---|
| 24 | VBP1 | 380 | VBP11 | 680 | VBP21 | 980 | VBP31 | 1280 | VBP41 |
| 39 | VBP2 | 410 | VBP12 | 710 | VBP22 | 1,010 | VBP32 | 1310 | VBP42 |
| 100 | VBP3 | 440 | VBP13 | 740 | VBP23 | 1,040 | VBP33 | 1,340 | VBP43 |
| 140 | VBP4 | 470 | VBP14 | 770 | VBP24 | 1,070 | VBP34 | 1,370 | VBP44 |
| 200 | VBP5 | 500 | VBP15 | 800 | VBP25 | 1,100 | VBP35 | 1,400 | VBP45 |
| 230 | VBP6 | 530 | VBP16 | 830 | VBP26 | 1,130 | VBP36 | 1,430 | VBP46 |
| 260 | VBP7 | 560 | VBP17 | 860 | VBP27 | 1,160 | VBP37 | 1,460 | VBP47 |
| 290 | VBP8 | 590 | VBP18 | 890 | VBP28 | 1,190 | VBP38 | 1,490 | VBP48 |
| 320 | VBP9 | 620 | VBP19 | 920 | VBP29 | 1,220 | VBP39 | 1,520 | VBP49 |
| 350 | VBP10 | 650 | VBP20 | 950 | VBP30 | 1,250 | VBP40 | 1,550 | VBP50 |
| Each further 30 points: increment VBP category by 1 | | | | | | | | | |

The following conditions apply if calculating pricing level 'First':
- Volumes should be no higher than those in row 3 in any category

- Total points score should be no more than 24
- Limited number of users <10

**PROCEDURES FOR REVISING VBP CATEGORIES**

Volume Based Pricing (VBP) is based on a broad measure of business volumes used by the Client. The Client's business volumes are checked annually commencing 12 months after the date of this Agreement.

If the business volumes measured as an average over a twelve calendar month period yield a score which is above the current VBP category, the VBP category will be revised upwards and the Client will be liable to pay an upgrade fee in accordance with the Fees Clause of this Supplemental License Agreement.

The Parties will review the total volumes every three months to monitor the VBP levels.