# Exhibit 7

**CONFIDENTIAL**

Page 1 of 1

| FINASTRA | | | **Specific Agreement** | |
|---|---|---|---|---|
| 285 Madison Avenue | | | | #IU83 |
| New York, NY 10017 | Date Gen'd: 2/27/2019 | Sales Rep: | | Matt Donofrio |
| | Oppty No: ON126505 | | | |

☑ Renewal
☐ Add-On

| SOLD TO: | SHIP TO: |
|---|---|
| The Northern Trust Company | The Northern Trust Company |
| 50 South LaSalle Street | 50 South LaSalle Street |
| Chicago, IL 60675 | Chicago, IL 60675 |
| ATTN: | ATTN: |
| PHONE: | PHONE: |
| email: | email: |

| Qty | License Type | Description | Price Category | Subscription Fees (per annum, USD) |
|---|---|---|---|---|
| 1 | Subscription | The software set out in the Schedule to the Supplemental License Agreement, as supplemented by the SLAA, together with those modifications made thereto by Company for Client prior to the Effective Date (defined below) (hereinafter referred to as "Midas R4 software") | As per existing Supplemental License Agreement, as amended | $ 1,659,829.00 |
| | | | **Subscription Fee per annum (USD)*** | $ 1,659,829.00 |

* Price does not include applicable taxes.

**Amendments:** This is a Specific Agreement as referred to in the GTT, and, pursuant to clause 13.1 of the GTT, amends the GTT, License Agreement and the Supplemental License Agreement all as set forth herein. For the purposes of this Specific Agreement only, the Midas R4 software licenses granted pursuant to clauses 2 and 3 of the License Agreement, clause 3 of the Supplemental License Agreement and clause 2 of the SLAA shall be deemed null and void for the Subscription Term and superseded by a new license grant consistent with the restrictions set forth in the License Agreement, GTT, Supplemental License Agreement and SLAA, including clause 2 of the License Agreement, on a subscription basis (the "**Subscription License**") for the period from 1 January 2019 (the "**Commencement Date**") through to 31 December 2021 (the "**Subscription Term**").

The Parties acknowledge and agree that as of the time that is immediately prior to the Effective Date, the Midas R4 software is in technical support, however, pursuant to clause 1 of the Special Terms section below, Company is providing Client with the services set forth in the Extended Support Agreement attachment referred to in the Attachments section below and therefore, during that time when the Extended Support Agreement is in effect, technical support is superseded by the level of support set forth in the Extended Support Agreement. For the avoidance of doubt, the Subscription Fee includes any and all fees payable for the services set forth in the Extended Support Agreement.

The Subscription License is non-cancellable during the Subscription Term. Clause 11.2 of the License Agreement is hereby deleted in full.

During the Subscription Term, all references in the GTT, the License Agreement and the Supplemental License Agreement: (i) to License Fees, Initial License Fees and/or Recurring License Fees shall be read individually as references to the Subscription Fee; and (ii) to Term shall be read as the Subscription Term.

Unless amended by this Specific Agreement, all other terms and conditions of the GTT, the License Agreement and the Supplemental License Agreement shall remain in full force and effect during but only for the Subscription Term.

**Expiration of the Subscription Term:** Upon expiration of the Subscription Term, the Subscription License shall convert back to a fully paid perpetual license (consistent with clause 3 of the License Agreement) to use the Midas R4 software at the capacity of the then current Price Category (aka the Volume Based Pricing Category) and subject to the other restrictions, limitations, obligations and requirements set forth in the agreements referred to in the Reference Agreements section below. At the expiration of the Subscription Term, the Parties may: (i) revert back to technical support on a no less than an annual basis beginning January 1, 2022 for a fee not to exceed the then-current Subscription Fee subject to section 6.1 of the License Agreement; or (ii) extend the Subscription Term by way of written agreement signed by the Parties. Notwithstanding the benefits and restrictions applicable under the parties Extended Support Agreement or should Client revert back to technical support at the end of the Subscription Term agreement, Client may, at its discretion pursuant to a written notice eleting to do so, upgrade to any Midas R4 software new release, new version, or software product that Company declares to be a successor to the Midas R4 software, such as but not limited to, FusionBanking Midas, at no additional license fee provided that such upgrade is on a like-for-like, functionally equivalent basis. For the avoidance of doubt, fees for professional services and, if the upgrade occurs during the Subscription Term, the continuation of the payment of the Subscription Fees, or, if the upgrade occurs beyond the expiration of the Subscription Term, the applicable Recurring License Fees or maintenance fees, shall continue to be chargeable, unless otherwise agreed by the parties in writing.

**Payment Terms:** Subscription Fees shall commence on the Commencement Date and shall be payable throughout the entire Subscription Term annually, in advance, on each 1st of January. The first year's annual Subscription Fees shall be due and payable within 30 days of the Effective Date. Subscription Fees will be automatically increased on each 1st of January commencing from January 1, 2021 at the rate set out in clause 6.1 of the License Agreement.

**Special Terms:**
1. Company hereby agrees to provide the services set out in the Extended Support Agreement attachment referred to in the Attachments section below for the Midas R4 software from the Effective Date of this Specific Agreement to the earlier to occur of: (a) the date that Client completes an upgrade of its version of Midas to the latest version of Midas made available by Company; or (b) December 31, 2021 (the "Extended Support Term").
2. From the Effective Date, Company will appoint and allocate to Client for the duration of the Subscription Term only a 'Customer Experience Manager'. The Customer Experience Manager will monitor Company's performance of the Maintenance Services and work with Client should Client raise any good faith concerns regarding such performance of the Maintenance Services. The Customer Experience Manager will engage in such other activities as the Company deems fit.
3. If, during the Subscription Term, Company decides to offer the Midas R4 software as a cloud based solution (the "Midas R4 Cloud Solution") and Client and Company enter into such specific agreement(s) or such other contracts in respect of the Midas R4 Cloud Solution, then Company agrees to credit Client any unused pre-paid Subscription Fees paid under this Specific Agreement towards the fees payable for the Midas R4 Cloud Solution.
4. Nothing herein shall impact the application of Extended Critical Support Agreement No. ON91311 between the parties dated April 8, 2016 which shall remain in full force and effect including, without limitation, the payment of the Extended Support Fees as defined and specified in that agreement (the "Support Fee").
5. Company hereby agrees to suspend its right to conduct an audit of the Client's Price Category (aka the level of Client's Volume Based Pricing) for three (3) months from the Effective Date. Thereafter, Company shall be entitled to conduct such an audit and Client hereby agrees to pay an increase in Subscription Fees for the new Price Category should the audit show that Client has exceeded its Price Category. For the purposes of the audit, an account is taken to mean any Client customer account that is maintained using the software whether active or dormant. For example, accounts would include customer settlement accounts, DDA, savings, etc. but would not include GL accounts.

**REFERENCE AGREEMENTS:**

☒ License Agreement No. LNYC070018, as amended (the "**License Agreement**") between the parties dated: August 22, 1997

☒ General Terms of Trading No. GNYC970018, as amended (the "**GTT**") between the parties dated: August 22, 1997

☒ Supplemental License Agreement No. ON30939, as amended (the "**Supplemental License Agreement**") between the parties dated: May 16, 2011

☒ Supplemental License and Amendment Agreement No. ON75701 (the "**SLAA**") between the parties dated: March 25, 2014

**ATTACHMENTS:**

Extended Support Agreement attachment dated February 13, 2019.

| CLIENT AUTHORIZED SIGNATURE: | COMPANY AUTHORIZED SIGNATURE: |
|---|---|
| The Northern Trust Company | Finastra Technology, Inc. |
| By: *Kurtiss Bialoruski* | By: |
| Signature | Signature |
| Kurtiss Bialoruski | GUY LANCASTER |
| Printed Name | Printed Name |
| VP - Global Procurement | FINANCE DIRECTOR |
| Title | Title |
| 2/28/19 | 1st March 2019 |
| Date | Effective Date |

TNT - Midas Renewal ON126505 (#IU83)_(FINAL)_27Feb.xlsx

**Extended Support Agreement**
**February 13, 2019**

1. Background

This Extended Support Agreement is made pursuant to that certain Specific Agreement Number ON126505 entered into between Finastra Technology, Inc. and the Northern Trust Company dated March 1st, 2019 (the "Specific Agreement") and forms a part of the Specific Agreement. Any capitalized terms used herein that are not otherwise defined shall have the meaning ascribed to them as set forth in the Specific Agreement. In the event of any conflict between this Extended Support Agreement and the Specific Agreement then the terms of the Specific Agreement shall take precedence, supersede and govern.

2. Scope of services

2.1 The Company has agreed to adjust the level of maintenance services for the Midas R4 software that Client has in production to the provision of a restricted version of sustaining support for a temporary period of time based on the scope as defined in Company's standard support and maintenance policies but as varied herein ("Restricted Sustaining Support"). The Company will provide Restricted Sustaining Support for the Midas R4 software conditioned on the following:

a. Client will continue to channel all support cases via the Finastra Client Zone in order to report issues for handling by Finastra Customer Support.

b. Restricted Sustaining Support shall include:

(i) access to new major and minor product releases;

(ii) updates consisting of patches and hot fixes that contain only fixes of defects of Critical severity (as defined in the Finastra Standard Support Policies) in Client's production environment; and

(iii) Midas R4 software updates consisting of service packs, scheduled and made available at the Company's discretion and within reason, that contain only fixes of defects of Critical and High severities (as defined in the Finastra Standard Support Policies).

c. Client acknowledges that Restricted Sustaining Support does not include the provision of updates for the resolution of medium or low severity issues, certification of operating systems or hardware, access to regulatory changes or development of enhancements or extensions to the Midas R4 software.

2.2 Maintenance hours

The Restricted Sustaining Support will be provided on Normal Working Days (from Monday to Friday with the exception of public holidays in the country in which said services are to be performed) and during Normal Working Hours (between 8:00 and 18:00 Eastern Time)(the "Maintenance Hours").

2.3 Applicable terms and procedures

The Restricted Sustaining Support under this Extended Support Agreement shall be provided in accordance with the principles and procedures set out in the Company's Standard Support Policies and shall be governed exclusively by the terms and conditions of this Extended Support Agreement, the License Agreement No. LNYC970018, as amended, dated August 22, 1997 and the Specific Agreement.

2.4 Conclusion of the Restricted Sustaining Support

At the conclusion of the Extended Support Term, Client will revert to Maintenance Services as those are otherwise governed by the terms of the License Agreement and as further detailed in the Finastra Standard Support Policies.

3. Out of hours support

In the event that the Client should request the Company to provide Restricted Sustaining Support outside the Maintenance Hours as defined herein ("Out-of-Hours Support"), the provision of such Out-of-Hours Support shall be subject to additional charges based on the Company's then current fee rates and conditions for emergency support.

4. Service Levels

The table below sets out the anticipated times for Company to respond to an Error, are measured from the time that Company has been able to fully investigate the issue and replicate the Error and are subject to the Company's Standard Support Policies. The severity levels will be reasonably assigned by Client having regard

to the definitions of severity levels described in the table below. The severity levels so assigned by Client will be reviewed and mutually agreed with Company. If Company does not agree with Client's classification of a severity level then the parties' representatives will discuss the disagreement with reference to the definitions set out in the table below.

Severity categories shall be defined as follows:

| Severity category | When to use |
|---|---|
| Critical | Reserved for issues of utmost criticality or emergency where no immediate workaround is available for a key process or function. |
| High | Where a major function of the Midas R4 software is inoperable and where an interim workaround is available for a sustainable period of time. |
| Medium | Where an issue has no major business impact and a long-term workaround is available. |
| Low | Use to report issues of minimal inconvenience or of a cosmetic nature, or to report a software enhancement request. |

| Severity Category | Response Time | Typical Software Resolution Method |
|---|---|---|
| Critical | As promptly as possible but no more than 30 business minutes | A hot fix, patch or service pack |
| High | Four business hours | A patch or service pack |
| Medium | Three business days | A future release |
| Low | Five business days | A future release |

Should the Client experience an Error with the Midas R4 software involving the generation of payment messages where such Error is classified as being within the Critical severity category and causes an emergency business situation that prevents Client from making payments, then the aforementioned 30 business minutes time frame will be escalated within Company and Company will use commercial reasonable efforts to respond quicker than such 30 minutes.

The Company shall use reasonable endeavors to provide a workaround or solution (a "**Solution**") during Critical Support Times to allow the processing/operations of the Client's production system to continue.

Client will appoint a reasonable number of representatives (but no more than five) in writing (which may change from time to time by notification from Client) who will act as the main liaison contact for reporting Errors. Client shall ensure that only those nominated representatives shall submit alleged Errors for the purposes of this Extended Support Agreement. The Client representatives are responsible for investigating and eliminating any local infrastructure or Environmental Issues (including any hosting issues) or third party issues prior to raising an alleged Error with the Company. "Environmental Issues" refer to any issues caused by hosting, server, hardware or network configuration.

When submitting a support case in respect of an alleged Error, Client must always:

i) check the relevant Documentation before submitting a support case;
ii) check Company's web portal to see if the issue or Error is already documented in the 'Knowledge Base' contained therein;
iii) provide evidence that Client has attempted to reproduce the Error;
iv) ensure that all support cases are submitted in accordance with Company's Standard Support Policies;
v) submit a Support Case with as much information as possible concerning the Error; and
vi) provide any additional information within the Client's knowledge or control, which may be reasonably requested by the Company, in a timely manner.

5.      Service Credits

If Company does not meet a Response Time of two (2) business hours for Critical issues subject to, and in accordance with, section 4, then, for each Error that does not meet such timeframe, Client shall be entitled to receive a service credit in the amount of five per cent (5%) of the Support Fee.

The foregoing service credit is subject to the following:

i) the Company shall have no liability for service credits where the Error is due to third party software, third party databases or any other action or omission of a third party or any Environmental Issues;

ii) the Company shall have no liability for service credits where the Error is unable to be reproduced or where the number of support cases correctly logged by Client against the severity categories set forth above is less than fifty per cent;

iii) service credits will only apply to Errors reported in the Midas R4 software in an active production environment

iv) service credits are subject to an overall aggregate limit in respect of each calendar year of fifty per cent of the Support Fee actually paid to Company; and

v) if a reported production issue requires Error correction and there is a reasonable expectation that the issue should have been identified in test scenario and test environment by Client, the service credits will not apply.

Where a service credit is agreed to be imposed, the service credit will be available to Client in the form of a credit on future invoices issued for additional premium support services contracted for or against future Support Fees. Client must apply for said service credit with thirty days of the incident that gave rise to the service credit or its right to said service credit expires.  No claim for service credits will be honoured unless said claim is received by the Company in writing in accordance with clause 12.1 of the GTT.