# Exhibit 8

# LICENSE AMENDMENT AGREEMENT

This License Amendment Agreement Number ON89889 (the "**Agreement**") becomes effective as of
January 1, 2014 (the "**Effective Date**") upon the date of the latest signature hereto as set out below in the attestation clause
(the "**Execution Date**")

### BETWEEN

**Misys International Banking Systems Inc.**, whose address is 1180 Avenue of the Americas, New York, NY 10036
(hereinafter referred to as "**Company**");
and
**The Northern Trust Company**, whose address is 50 South LaSalle Street, Chicago, IL 60675
(hereinafter referred to as the "**Client**"),

hereinafter individually referred to as "**Party**" and collectively as the "**Parties**"

RECITALS:

A)  On May 16, 2011, the Company and the Client entered into Supplemental License Agreement Number ON30939 (as amended, hereinafter the "**Supplemental License Agreement**"). The Supplemental License Agreement was amended by a contract entitled "Option and License Amendment Agreement" dated 14 March 2013.

B)  Pursuant to the terms of the Supplemental License Agreement, and provided that the Parties enter into a separate commercial agreement, the Client may upgrade its Volume Based Pricing Category on the terms and for the fees set out in the Supplemental License Agreement (the "**Option**").

C)  Client desires to increase its Volume Based Pricing Category from VBP 10 to VBP 11.

D)  The Parties wish to enter into this Agreement as the commercial agreement referred to in the Supplemental License Agreement in order to give effect to the above intentions.

**NOW THEREFORE**, in consideration for the mutual covenants contained herein and value received, the sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

1.  In consideration for the payment by Client to Company of the amounts set out in clause 2 of this Agreement, Company and Client hereby agree to amend the Supplemental License Agreement by deleting in its entirety the wording under the heading "Price Category" on page 2 of the Supplemental License Agreement and replace it with the following:

    "The total Volume Based Pricing Category for the Client effective from January 2014 will be VBP11"

2.  In consideration of the amendment referred to in clause 1 of this Agreement, the Client hereby agrees to pay the Company the following:

    o   An additional license fee of **USD 241,200.00 (Two Hundred and Forty One Thousand Two Hundred United States Dollars)**
    o   An additional Recurring License Fee of **USD 43,416.00 (Forty Three Thousand Four Hundred and Sixteen United States Dollars)**.

    For the avoidance of doubt, the additional Recurring License Fee herein is in addition to any other Recurring License Fees that the Client is paying as at the Execution Date and this additional Recurring License Fee is not intended to replace any such other Recurring License Fees.

3.  Whereas the license fee and the Recurring License Fee set out in clause 2 take effect from the Effective Date of January 1, 2014 (and therefore, the Recurring License Fee of USD 43,416 shall be for the term of January 1, 2014 through to December 31, 2014), in accordance with the terms of the Supplemental License Agreement the payment terms for such amounts shall be as follows:

    o   the amounts set out in clause 2 shall be payable to the Company by January 15, 2015.

4.  Capitalized terms used in this Agreement but not otherwise defined herein have the meaning given to such terms in the Supplemental License Agreement. In the event of any conflict between this Agreement and the Supplemental License Agreement then the terms of this Agreement shall take precedence, prevail, supersede and govern.

5.  This Agreement may be entered into in any number of counterparts and by the Parties to it on separate counterparts, each of which when so executed and delivered shall be an original.

6.  Except as expressly provided in this Agreement, all of the terms and provisions of the Supplemental License Agreement are and shall remain in full force and effect and are hereby ratified and confirmed by the Client. The amendments contained herein shall not be construed as a waiver or amendment of any other provision of the Supplemental License Agreement or for any purpose except as expressly set forth herein.

7.  This Agreement shall be governed and construed in accordance with the laws of the United States and the State of New York and the Parties consent to the exclusive jurisdiction of the state courts and U.S. federal courts located in New York, New York for any dispute arising out of this Agreement.

8.  The Parties hereby represent and warrant to each other that each of them have the power and authority, and the legal right, to execute, deliver and perform this Agreement and this Agreement has been duly executed on each of their behalves.

---

**IN WITNESS** whereof the Parties have by their duly authorized representatives executed this Agreement as at the dates below written.

SIGNED on behalf of the Company and thereby duly authorized:

_____
SIGNATURE

RICHARD SACK
FULL NAME

President
POSITION

MAY 23, 2014
DATE

SIGNED on behalf of the Client and thereby duly authorized:

_____
SIGNATURE

Philip Jacobsen
FULL NAME

VP, Procurement
POSITION

5/23/14
DATE