# Exhibit 9

**FINASTRA**

285 Madison Avenue
New York, NY 10017

# Specific Agreement

| Date Gen'd | 6/13/2021 |
| Oppty No | ON202843 |

**Sales Rep**

Ruxandra Aldea

☐ Renewal
☑ Add-On

| **SOLD TO** | **SHIP TO** |
|---|---|
| The Northern Trust Company | The Northern Trust Company |
| 50 South LaSalle Street | 50 South LaSalle Street |
| Chicago, IL 60675 | Chicago, IL 60675 |
| ATTN | ATTN |
| PHONE | PHONE |
| email | email |

| License Type | Description | License Fee (USD) | One Time Fee (USD)** | Recurring License Fee (USD)*** |
|---|---|---|---|---|
| License Fee / Recurring License Fee | VBP increase from VBP 11 to VBP 14 | $ 527,154 00 | $ 207,813 00 | $ 93,716.00 |

\* All fees stated do not include applicable taxes.
\*\* The One Time Fee consists of: (i) One and a half years of due and owed Recurring Licensee Fees incurred prior to the Effective Date as a result of Client's increase to VBP12 ($68,458), and (ii) the first year of Recurring License Fees from the Effective Date for VBP12, 13, and 14 ($139,355).
\*\*\* The Recurring License Fees stated in this column apply from 1 June 2022 and are subject to annual increase by the rate set out in clause 6.1 of the License Agreement effective from 1 June 2022. Any renewals for the volume increase set out in this Specific Agreement shall attract a Recurring License Fee of USD $139,355 plus an amount equal to the annual increase mentioned above, regardless of the License Fee charged for such renewal.

| | |
|---|---|
| **Amendments** | This is a Specific Agreement as referred to in the GTT, and, pursuant to clause 13.1 of the GTT, amends the GTT, the License Agreement and the Supplemental License Agreement all as set forth herein. This Specific Agreement increases the VBP levels stated herein only and does not constitute the underlying license to the software (which instead is licensed pursuant to that Specific Agreement No. ON126505 (#IU83) dated March 1, 2019). |
| **Payment Terms** | Both License Fee and the One Time Fee are due and payable in full no later than 31 July 2021. The Recurring License Fees are due thirty days from receipt of an invoice for the same. All fees set out herein are in addition to any other fees that Client is paying. |
| **Term** | This Specific Agreement (and therefore the license to the increased VBP levels herein) commences on 1 June 2021 (the "Effective Date") and shall be in full force and effect for a non-cancellable term of three (3) years, after which Client's VBP level shall return to VBP11. |
| **Special Terms** | Company hereby agrees to suspend its right to conduct an audit of the Client's Price Category (aka the level of Client's Volume Based Pricing) until 1 January 2024. No contractual terms will be incorporated into this Specific Agreement by any purchase order or similar Client document. |

**REFERENCE AGREEMENTS**

☒ License Agreement No. LNYC970018, as amended (the "**License Agreement**") between the parties dated: August 22, 1997
☒ General Terms of Trading No. GNYC970018, as amended (the "**GTT**") between the parties dated: August 22, 1997
☒ Supplemental License Agreement No. ON30939, as amended (the "**Supplemental License Agreement**") between the parties dated: May 16, 2011

**ATTACHMENTS**

None

| **CLIENT AUTHORIZED SIGNATURE** | **COMPANY AUTHORIZED SIGNATURE** |
|---|---|
| The Northern Trust Company | Finastra Technology, Inc. |
| By: *Kurtiss Bialoruski* | DocuSigned by: *Jason Roufogalis* |
| Signature | By: Signature |
| Kurtiss Bialoruski | 0C83771341E149F... |
| Printed Name | Jason Roufogalis |
| VP, Global Procurement | Printed Name |
| Title | General Counsel |
| 6/29/21 | Title |
| Date | 29 June 2021 \| 4:04 PM EDT |
| | Date |

Northern Trust - VBP14  ON202843