UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINASTRA TECHNOLOGY, INC., *Plaintiff*, v. THE NORTHERN TRUST COMPANY, *Defendant*. | 24-mc-124<br><br>**SEALING ORDER** |

UPON THE APPLICATION OF movant Finastra Technology, Inc. ("Plaintiff"), including the Declaration of Jonathan M. Sperling in Support of the *Ex Parte* Motion to Seal, dated March 15, 2024, and the accompanying Memorandum of Law in support thereof, and for good cause shown, it is hereby

ORDERED that Plaintiff's Motion to Seal is granted and this action is sealed in its entirety until such time that the permanently assigned district judge has an opportunity to hear and determine sealing; and it is further

ORDERED that, until further order of this court, the public shall not have access to the documents, material, and testimony referred to in the Declaration of Jonathan M. Sperling in Support of the *Ex Parte* Motion to Seal and the accompanying Memorandum of Law to be filed under seal; and it is further

ORDERED that, until further order of this court, only counsel of record to the parties in the underlying action and their agents, including Covington & Burling LLP for Plaintiff, and Jenner & Block LLP for Defendant, and this Court and clerk's office shall have access to the sealed action.

1

ORDERED that until further order of the assigned district judge, the Clerk of Court is directed to restrict access of this Order to the attorneys in the action and the Clerk's Office staff.

ORDERED that the Clerk of Court is directed to close this case.

IT IS SO ORDERED, this 18th day of March, 2024.

_____
Sidney H. Stein, Part I
UNITED STATES DISTRICT JUDGE